UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| J.Y.P. by way of GREGORY PEET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:21-CV-65 SNLJ |
| ) | |
| A2B CARGO LOGISTICS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1406(a).

**IT IS FURTHER ORDERED** that an appeal of this dismissal would not be taken in good faith.

Dated this 26th day of April, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE